MAMIE H. TYNAN, PLAINTIFF-PETITIONER, v. COUNTY OF MERCER, DEFENDANT-RESPONDENT.

*Messrs. Meredith, Meredith & Chase* for the petitioner.

*Messrs. Levy, Levy, Albert & Marcus* for the respondent.

December 9, 1969. Denied.

BARNAR CORPORATION, PLAINTIFF-PETITIONER, v. HENRY A. CRESCIBENE, *ET AL.*, DEFENDANTS-RE-SPONDENTS.

*Mr. Laurence Semel* for the petitioner.

*Mr. Lawrence E. Bathgate, II* for the respondent.

December 9, 1969. Denied.

LILLIAN SCHNEIDERMAN, *ET AL.*, PLAINTIFFS-PETITION-ERS, v. JUNE STRELECKI, DIRECTOR, DIVISION OF MOTOR VEHICLES, DEFENDANT-RESPONDENT.

See same case below: 107 *N. J. Super.* 113.

*Messrs. Weitzman, Brady & Weitzman* for the petitioner.

*Mr. Martin Kirsch* for the respondent.

December 9, 1969. Denied.